# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: §
§
JEFFREY CARL EARLY § Case No. 15-81546
JEANETTE MARIE EARLY §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/10/2015 . The undersigned trustee was appointed on 06/10/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $      25,980.33

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 50.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 1,785.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 24,145.33 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/12/2016 and the deadline for filing governmental claims was 02/12/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,169.53 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,169.53 , for a total compensation of $ 3,169.53 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 9.83 , for total expenses of $ 9.83 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/18/2016          By: /s/BERNARD J. NATALE
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-81546 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | JEFFREY CARL EARLY | | | | Date Filed (f) or Converted (c): | 06/10/2015 (f) |
| | JEANETTE MARIE EARLY | | | | 341(a) Meeting Date: | 07/16/2015 |
| For Period Ending: | 04/18/2016 | | | | Claims Bar Date: | 02/12/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. single family residence located at 8022 Old Rive | 140,000.00 | 11,000.00 | | 20,000.00 | FA |
| 2. Condominium Timeshare, Florida | 0.00 | 0.00 | | 0.00 | FA |
| 3. cash | 300.00 | 0.00 | | 0.00 | FA |
| 4. checking Assoicated Bank | 1,200.00 | 0.00 | | 0.00 | FA |
| 5. savings Associated Bank | 115.00 | 0.00 | | 0.00 | FA |
| 6. 2 beds, 2 dressers, 2 loveseats, chair, 4 tvs, v | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. video tapes, dvds and cds with estimated retail | 200.00 | 0.00 | | 0.00 | FA |
| 8. clothing with estimated retail value of $500.00 | 200.00 | 0.00 | | 0.00 | FA |
| 9. jewelry with estimated retail value of $300.00 | 150.00 | 0.00 | | 0.00 | FA |
| 10. exercise equipment with estimated retail value o | 100.00 | 0.00 | | 0.00 | FA |
| 11. cell phones with estimated retail value of $200. | 100.00 | 0.00 | | 0.00 | FA |
| 12. guitar with estimated retail value of $200.00 | 100.00 | 0.00 | | 0.00 | FA |
| 13. Books with estimated retail value of $100.00 | 50.00 | 0.00 | | 0.00 | FA |
| 14. Pekin Insurance (Wife is beneficiary) | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 15. Western Fraternal Life Insurance (husband is bene | 710.00 | 710.00 | | 0.00 | FA |
| 16. Western Fraternal Life (wife is beneficiary) | 0.00 | 0.00 | | 0.00 | FA |
| 17. Retirement/pension through Local 382 Cement Work | 230,000.00 | 0.00 | | 0.00 | FA |
| 18. 401(k) | 6,000.00 | 0.00 | | 0.00 | FA |
| 19. 100% of common shares of Early's Stampcrete, Inc | 0.00 | 0.00 | | 0.00 | FA |
| 20. Possible inheritance from Estate of Leo Burns; D | 0.00 | 3,215.00 | | 5,980.33 | FA |
| 21. 2000 GMC Safari Van dealer retail value $800.00 | 500.00 | 0.00 | | 0.00 | FA |
| 22. 2008 Chrysler PT Cruiser dealer value $8000.00 | 6,500.00 | 0.00 | | 0.00 | FA |
| 23. 3 dogs | 100.00 | 0.00 | | 0.00 | FA |
| 24. hand tools with estimated retail value of $200.0 | 100.00 | 0.00 | | 0.00 | FA |

|  |  | Gross Value of Remaining Assets |  |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $390,425.00 | $16,925.00 | $25,980.33 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE SETTLED SALE TO DEBTORS THE NET EQUITY IN THEIR HOMESTEAD AND VOLUNTARY RELEASE OF PREFERENTIAL JUDGEMENT LIEN. FUNDS RECEIVED 4/2016. FINAL REPORT TO BE FILED.

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 2 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 3 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 4 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 5 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 6 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 7 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 8 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 9 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 10 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 11 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 12 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 13 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 14 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 15 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 16 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 17 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 18 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 19 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 20 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 21 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 22 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 23 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 24 | -- | Imported from original petition Doc# 1 |

Initial Projected Date of Final Report (TFR): 12/31/2016     Current Projected Date of Final Report (TFR): 06/30/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 15-81546  
Case Name: JEFFREY CARL EARLY  
JEANETTE MARIE EARLY  

Trustee Name: BERNARD J. NATALE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX8137  
Checking  

Taxpayer ID No: XX-XXX2604  
For Period Ending: 04/18/2016  

Blanket Bond (per case limit): $3,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $4,155.33 | | $4,155.33 |
| 04/06/16 | 1 | Jeanette M. Early | Compromise Re: Real Estate | 1110-000 | $20,000.00 | | $24,155.33 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $24,145.33 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $24,155.33 | $10.00 |
| Less: Bank Transfers/CD's | $4,155.33 | $0.00 |
| Subtotal | $20,000.00 | $10.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $10.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*  Page Subtotals:  $24,155.33  $10.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-81546 | Trustee Name: BERNARD J. NATALE |
| Case Name: JEFFREY CARL EARLY | Bank Name: Rabobank, N.A. |
| JEANETTE MARIE EARLY | Account Number/CD#: XXXXXX66 |
| | Checking Account |
| Taxpayer ID No: XX-XXX2604 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 04/18/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/11/15 | 20 | Jeanette Early<br>Midwest Community Bank<br>Freeport, IL 61032 | Inherited IRA of Leo Burns to Jeanette Early | 1129-000 | $5,980.33 | | $5,980.33 |
| 11/18/15 | 101 | Jeanette Marie Early<br>% Attorney Gary Flanders<br>1 Court Place<br>Rockford, IL 61101 | Debtor's Exemption in Inherited IRA | 8100-002 | | $1,785.00 | $4,195.33 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,185.33 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,175.33 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,165.33 |
| 02/24/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Fee | 2600-000 | | $10.00 | $4,155.33 |
| 02/24/16 | | Transfer to Acct # xxxxxx8137 | Transfer of Funds | 9999-000 | | $4,155.33 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,980.33 | $5,980.33 |
| Less: Bank Transfers/CD's | $0.00 | $4,155.33 |
| Subtotal | $5,980.33 | $1,825.00 |
| Less: Payments to Debtors | $0.00 | $1,785.00 |
| Net | $5,980.33 | $40.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*        Page Subtotals:        $5,980.33        $5,980.33

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX66  - Checking Account | $5,980.33 | $40.00 | $0.00 |
| XXXXXX8137 - Checking | $20,000.00 | $10.00 | $24,145.33 |
|  | $25,980.33 | $50.00 | $24,145.33 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $25,980.33 |
| Total Gross Receipts: | $25,980.33 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:15-81546-TML  
Debtor Name: JEFFREY CARL EARLY  
Claims Bar Date: 2/12/2016  

Date: April 18, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $3,169.53 | $3,169.53 |
| EXP TRTE 100 2200 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $9.83 | $9.83 |
| Atty 100 3110 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $2,936.25 | $2,936.25 |
| Exp Atty 100 3120 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $23.00 | $23.00 |
| 1 300 7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $14,771.11 | $14,771.11 |
| 2 300 7100 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $2,315.47 | $2,315.47 |
| 3 300 7100 | First National Bank Of Omaha<br>Brumbaugh And Quandahl, P.C.<br>4885 South 118Th Street, Suite 100<br>Omaha, Ne 68137 | Unsecured | | $0.00 | $2,891.44 | $2,891.44 |
| 4 300 7100 | Bmo Harris Bank, N.A.<br>C/O Matthew M. Hevrin<br>Hinshaw & Culbertson Llp<br>100 Park Ave.<br>Rockford, Il 61101 | Unsecured | | $0.00 | $519,724.17 | $519,724.17 |
| 5 300 7100 | Pyod, Llc Its Successors And<br>Assigns As Assignee<br>Of Fnbm, Llc<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $480.35 | $480.35 |
| | Case Totals | | | $0.00 | $546,321.15 | $546,321.15 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1                                                                                              Printed: April 18, 2016

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:15-81546-TML                                                                                               Date: April 18, 2016
Debtor Name: JEFFREY CARL EARLY
Claims Bar Date: 2/12/2016

Page 2                                            Printed: April 18, 2016

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-81546
Case Name: JEFFREY CARL EARLY
           JEANETTE MARIE EARLY
Trustee Name: BERNARD J. NATALE

Balance on hand         $    24,145.33

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 3,169.53 | $ 0.00 | $ 3,169.53 |
| Trustee Expenses: BERNARD J. NATALE | $ 9.83 | $ 0.00 | $ 9.83 |
| Attorney for Trustee Fees: BERNARD J. NATALE | $ 2,936.25 | $ 0.00 | $ 2,936.25 |
| Attorney for Trustee Expenses: BERNARD J. NATALE | $ 23.00 | $ 0.00 | $ 23.00 |

Total to be paid for chapter 7 administrative expenses     $    6,138.61
Remaining Balance                                          $   18,006.72

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 540,182.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (Usa), N.A. | $ 14,771.11 | $ 0.00 | $ 492.39 |
| 2 | American Express Bank, Fsb | $ 2,315.47 | $ 0.00 | $ 77.19 |
| 3 | First National Bank Of Omaha | $ 2,891.44 | $ 0.00 | $ 96.38 |
| 4 | Bmo Harris Bank, N.A. | $ 519,724.17 | $ 0.00 | $ 17,324.75 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | $ 480.35 | $ 0.00 | $ 16.01 |
| | Total to be paid to timely general unsecured creditors | | $ | 18,006.72 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE