# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: §
 §
JOANN B SHERIDAN § Case No. 15-81852
 §
    Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 1,625.00                           Assets Exempt: 466,468.13
*(Without deducting any secured claims)*

Total Distributions to Claimants: 1,602.82           Claims Discharged
                                                     Without Payment: 58,797.09

Total Expenses of Administration: 2,397.18

---

3) Total gross receipts of $ 4,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 11,097.97 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,397.18 | 2,397.18 | 2,397.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 32,645.62 | 16,656.32 | 16,656.32 | 1,602.82 |
| **TOTAL DISBURSEMENTS** | $ 43,743.59 | $ 19,053.50 | $ 19,053.50 | $ 4,000.00 |

4) This case was originally filed under chapter 7 on 07/17/2015 . The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/01/2016                    By:/s/BERNARD J. NATALE
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Calypso Cay Vacation Villas, 4951 Calypso Cay Wa | 1110-000 | 1,500.00 |
| Royal Hacienda, Membership 1006358, C317 Villa, | 1110-000 | 2,000.00 |
| Royal Hacienda, Unit G 448A | 1110-000 | 500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 4,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Interval Servicing<br>3363 W. Commerical Blvd, Ste 202<br>Fort Lauderdale, FL 33309 | | 9,961.00 | NA | NA | 0.00 |
| | Interval Servicing<br>3363 W. Commerical Blvd, Ste 202<br>Fort Lauderdale, FL 33309 | | 550.00 | NA | NA | 0.00 |
| | TimeScape Resorts, LLC<br>4951 Calypso Cay Way<br>Kissimmee, FL 34764 | | 586.97 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 11,097.97 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| BERNARD J. NATALE | 3110-000 | NA | 1,346.25 | 1,346.25 | 1,346.25 |
| BERNARD J. NATALE | 3120-000 | NA | 20.93 | 20.93 | 20.93 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 2,397.18 | $ 2,397.18 | $ 2,397.18 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank (USA), N.A. PO Box 6492 Carol Stream, IL 601976492 | | 1,804.11 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank (USA), N.A.<br>PO Box 6492<br>Carol Stream, IL 601976492 | | 1,722.61 | NA | NA | 0.00 |
| | Cardmember Service<br>PO Box 15153<br>Wilmington, DE 198865153 | | 3,724.80 | NA | NA | 0.00 |
| | Catherines<br>PO Box 659728<br>San Antonio, TX 782659728 | | 161.09 | NA | NA | 0.00 |
| | CITI CARDS Processing Center<br><br>Des Moines, IA 503630005 | | 1,775.84 | NA | NA | 0.00 |
| | Comenity-HSN<br>PO Box 659707<br>San Antonio, TX 782659707 | | 1,136.44 | NA | NA | 0.00 |
| | Interval Servicing<br>3363 W. Commerical Blvd.,<br>Suite 202<br>Fort Lauderdale, FL 33309 | | 9,961.04 | NA | NA | 0.00 |
| | Navient<br>PO Box 9533<br>Wilkes-barre, PA 187739533 | | 4,559.02 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PayPal Credit SVCS/SYNCB PO Box 960080 Orlando, FL 328960080 | | 1,094.07 | NA | NA | 0.00 |
| | QCARD/SYNCHRONY Bank PO Box 530905 Atlanta, GA 303530905 | | 857.89 | NA | NA | 0.00 |
| | Sears Credit Master Cards PO Box 688957 Des Moines, IA 503688957 | | 4,882.64 | NA | NA | 0.00 |
| | Sterling Federal Bank 110 E. 4th Street Sterling, IL 61081 | | 966.07 | NA | NA | 0.00 |
| 3 | American Infosource Lp As Agent For | 7100-000 | NA | 518.75 | 518.75 | 49.92 |
| 4 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 1,696.62 | 1,696.62 | 163.26 |
| 5 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 1,735.40 | 1,735.40 | 167.00 |
| | Cardmember Services | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | Interval Servicing | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 6 | Navient Solutions, Inc. | 7100-000 | NA | 4,557.02 | 4,557.02 | 438.52 |
| | Paypal Credit | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 7 | Pyod, Llc As Assignee | 7100-000 | NA | 1,808.22 | 1,808.22 | 174.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Pyod, Llc As Assignee | 7100-000 | NA | 4,922.03 | 4,922.03 | 473.64 |
|  | QCARD/Synchrony Bank | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 1 | Quantum3 Group LLC as agent for | 7100-000 | NA | 193.41 | 193.41 | 18.61 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | NA | 1,224.87 | 1,224.87 | 117.87 |
|  | Sterling Federal Bank | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 32,645.62 | $ 16,656.32 | $ 16,656.32 | $ 1,602.82 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 15-81852 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
| Case Name: | JOANN B SHERIDAN | | | | Date Filed (f) or Converted (c): | 07/17/2015 (f) |
| | | | | | 341(a) Meeting Date: | 08/31/2015 |
| For Period Ending: | 08/01/2016 | | | | Claims Bar Date: | 04/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Calypso Cay Vacation Villas, 4951 Calypso Cay Wa | 4,772.35 | 2,092.69 | | 1,500.00 | FA |
| 2. Royal Hacienda, Membership 1006358, C317 Villa, | 4,550.00 | 4,000.00 | | 2,000.00 | FA |
| 3. Royal Hacienda, Unit G 448A | 12,000.00 | 839.00 | | 500.00 | FA |
| 4. Cash on hand | 50.00 | 50.00 | | 0.00 | FA |
| 5. First National Bank in Amboy Checking account: x | 1,250.12 | 0.00 | | 0.00 | FA |
| 6. Community State Bank Checking account: xx0100 | 379.82 | 0.00 | | 0.00 | FA |
| 7. Sterling Federal Bank Checking account: xxxxxxx | 57.02 | 0.00 | | 0.00 | FA |
| 8. Northridge Properties 212 River Street Dixon, IL | 675.00 | 375.00 | | 0.00 | FA |
| 9. Jim Prescott 1910 E. 4th Street Sterling, IL 610 | 650.00 | 350.00 | | 0.00 | FA |
| 10. Couch-chair-tv-end tables bed-dressers-lamps com | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. Misc-used CD's and DVD's | 100.00 | 0.00 | | 0.00 | FA |
| 12. Misc-everyday wearing apparel | 75.00 | 0.00 | | 0.00 | FA |
| 13. Costume jewelry/earrings | 10.00 | 0.00 | | 0.00 | FA |
| 14. Thrivent Financial Annuity | 458,738.93 | 0.00 | | 0.00 | FA |
| 15. B.F. Shaw Printing Company Employee's 401(k) Sav | 505.24 | 0.00 | | 0.00 | FA |
| 16. 2004 GMC Envoy SLE Sport Utility 4D Mileage: 134 | 3,552.00 | 0.00 | | 0.00 | FA |
| 17. Desk-file cabinets-printer | 150.00 | 50.00 | | 0.00 | FA |
| 18. Karaoke Unit and CDG's | 900.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $489,415.48     $7,756.69         $4,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case 15-81546    Doc 43    Filed 08/03/16    Entered 08/03/16 10:32:14    Desc Main
TRUSTEE TO EXAM CLAIMS AFTER 4/13/2016 BAR DATE.          Document      Page 10 of 15

Page:    2

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 2 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 3 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 4 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 5 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 6 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 7 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 8 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 9 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 10 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 11 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 12 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 13 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 14 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 15 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 16 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 17 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 18 | -- | Imported from original petition Doc# 1 |

Initial Projected Date of Final Report (TFR): 03/31/2017        Current Projected Date of Final Report (TFR): 08/31/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-81852 | Trustee Name: BERNARD J. NATALE |
| Case Name: JOANN B SHERIDAN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8145 |
| | Checking |
| Taxpayer ID No: XX-XXX4675 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 08/01/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | | 9999-000 | $380.00 | | $380.00 |
| 03/02/16 | 1 | Joann B. Sheridan<br>408 S. Peoria Avenue<br>Dixon, IL 61021-2920 | Compromise | | 1110-000 | $200.00 | | $580.00 |
| 03/21/16 | | Joann B. Sheridan<br>408 S. Peoria Avenue<br>Dixon, IL 61021-2920 | Compromise | | | $3,400.00 | | $3,980.00 |
| | | | Gross Receipts | $3,400.00 | | | | |
| | 2 | | Royal Hacienda, Membership 1006358, C317 Villa, | $2,000.00 | 1110-000 | | | |
| | 1 | | Calypso Cay Vacation Villas, 4951 Calypso Cay Wa | $900.00 | 1110-000 | | | |
| | 3 | | Royal Hacienda, Unit G 448A | $500.00 | 1110-000 | | | |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $3,970.00 |
| 06/03/16 | 5001 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Distribution | | | | $2,367.18 | $1,602.82 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. | ($1,000.00) | 2100-000 | | | |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. | ($1,346.25) | 3110-000 | | | |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. | ($20.93) | 3120-000 | | | |
| 06/03/16 | 5002 | Quantum3 Group LLC as agent for MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Distribution | | | | $136.48 | $1,466.34 |

| | | Page Subtotals: | $3,980.00 | $2,513.66 |
|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

### FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-81852 | Trustee Name: BERNARD J. NATALE |
| Case Name: JOANN B SHERIDAN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8145 |
| | Checking |
| Taxpayer ID No: XX-XXX4675 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 08/01/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Quantum3 Group LLC as agent for | Final distribution to claim 1 representing a payment of 9.62 % per court order. | ($18.61) | 7100-000 | | | |
| | | Quantum3 Group LLC as agent for | Final distribution to claim 2 representing a payment of 9.62 % per court order. | ($117.87) | 7100-000 | | | |
| 06/03/16 | 5003 | American Infosource Lp As Agent For First Data Global Leasing<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution to claim 3 representing a payment of 9.62 % per court order. | | 7100-000 | | $49.92 | $1,416.42 |
| 06/03/16 | 5004 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Distribution | | | | $330.26 | $1,086.16 |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 4 representing a payment of 9.62 % per court order. | ($163.26) | 7100-000 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 5 representing a payment of 9.62 % per court order. | ($167.00) | 7100-000 | | | |
| 06/03/16 | 5005 | Navient Solutions, Inc.<br>Department of Education Servicing<br>P O Box 740351<br>Atlanta GA 303740351 | Final distribution to claim 6 representing a payment of 9.62 % per court order. | | 7100-000 | | $438.52 | $647.64 |
| 06/03/16 | 5006 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Distribution | | | | $647.64 | $0.00 |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 7 representing a payment of 9.62 % per court order. | ($174.00) | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 8 representing a payment of 9.62 % per court order. | ($473.64) | 7100-000 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $3,980.00 | $3,980.00 |
| Page Subtotals: | $0.00 | $1,466.34 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $980.00 | $0.00 |
| Subtotal | $3,600.00 | $3,980.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,600.00 | $3,980.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-81852 | Trustee Name: BERNARD J. NATALE |
| Case Name: JOANN B SHERIDAN | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX66 |
| | Checking Account |
| Taxpayer ID No: XX-XXX4675 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 08/01/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/21/16 | 1 | Joann B. Sheridan<br>408 S. Peoria Avenue<br>Dixon, IL  610212920 | January 2016 Payment<br>Pymt on Compromise | 1110-000 | $200.00 | | $200.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $190.00 |
| 02/03/16 | 1 | Joann B. Sheridan<br>408 S. Peoria Avenue<br>Dixon, IL  610212920 | February 2016 Payment on Compromise | 1110-000 | $200.00 | | $390.00 |
| 02/24/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Fee | 2600-000 | | $10.00 | $380.00 |
| 02/24/16 | | Transfer to Acct # xxxxxx8145 | Transfer of Funds | 9999-000 | | $380.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $400.00 | $400.00 |
| Less: Bank Transfers/CD's | $0.00 | $380.00 |
| Subtotal | $400.00 | $20.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $400.00 | $20.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $400.00 | $400.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX66   - Checking Account | $400.00 | $20.00 | $0.00 |
| XXXXXX8145 - Checking | $3,600.00 | $3,980.00 | $0.00 |
|  | $4,000.00 | $4,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $4,000.00 |
| Total Gross Receipts: | $4,000.00 |