UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Jeffrey Early, | ) | Case No. 15 B 81546 |
| Jeanette Early, | ) | |
| | ) | |
| Debtors. | ) | Honorable Judge Thomas M. Lynch |
| | ) | |

### NOTICE OF WITHDRAWAL

To:   See Attached Service List

PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT** previously filed on August 3, 2016 **(Document #43)** is withdrawn.   It is withdrawn because the wrong document was filed.

/s/ Patrick S. Layng
Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois   60604
(312) 886-7481

### CERTIFICATE OF SERVICE

I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on August 3, 2016, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on August 3, 2016.

/s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Bernard J. Natale
natalelaw@bjnatalelaw.com

Gary C. Flanders
garyflanders@sbcglobal.net

**Parties Served via First Class Mail:**

**Jeanette Marie Early**
**Jeffrey Carl Early**
8022 Old River Road
Rockford, IL   61103