# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| JEFFREY CARL EARLY § | Case No. 15-81546 |
| JEANETTE MARIE EARLY § | |
| § | |
| Debtors § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 3,210.00<br>*(Without deducting any secured claims)* | Assets Exempt: 279,000.00 |
| Total Distributions to Claimants: 18,006.72 | Claims Discharged<br>Without Payment: 1,164,975.82 |
| Total Expenses of Administration: 6,188.61 | |

3) Total gross receipts of $ 25,980.33  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,785.00  (see **Exhibit 2**), yielded net receipts of $ 24,195.33  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 99,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,188.61 | 6,188.61 | 6,188.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 543,800.00 | 540,182.54 | 540,182.54 | 18,006.72 |
| **TOTAL DISBURSEMENTS** | $ 642,800.00 | $ 546,371.15 | $ 546,371.15 | $ 24,195.33 |

4) This case was originally filed under chapter 7 on 06/10/2015 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/01/2016                 By:/s/BERNARD J. NATALE
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| single family residence located at 8022 Old Rive | 1110-000 | 20,000.00 |
| Possible inheritance from Estate of Leo Burns; D | 1129-000 | 5,980.33 |
| **TOTAL GROSS RECEIPTS** | | **$25,980.33** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jeanette Marie Early | Exemptions | 8100-002 | 1,785.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,785.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America<br>100 North Tryon Street<br>Charlotte, NC 28255 | | 99,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America/ Seterus Attn: Bankruptcy Dept. P.O. Box 2206 Grand Rapids, MI 49501 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 99,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 3,169.53 | 3,169.53 | 3,169.53 |
| BERNARD J. NATALE | 2200-000 | NA | 9.83 | 9.83 | 9.83 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | NA | 40.00 | 40.00 | 40.00 |
| BERNARD J. NATALE | 3110-000 | NA | 2,936.25 | 2,936.25 | 2,936.25 |
| BERNARD J. NATALE | 3120-000 | NA | 23.00 | 23.00 | 23.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 6,188.61 | $ 6,188.61 | $ 6,188.61 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express<br>P.O Box 981535<br>El Paso, TX 799981535 | | 2,500.00 | NA | NA | 0.00 |
| | Attorney William Knox<br>3376 NOrth Central<br>Chicago, IL 60634 | | 1,500.00 | NA | NA | 0.00 |
| | Bank of America c/o Blitt & Gaines P.C.<br>661 Glenn Ave.<br>Wheeling, IL 60090 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America<br>P.O. Box 982235<br>El Paso, TX 799982235 | | 13,000.00 | NA | NA | 0.00 |
| | BMO Harris Bank c/o<br>Hinshaw & Culbertson<br>100 Park Ave.<br>Rockford, IL 61101 | | 515,900.00 | NA | NA | 0.00 |
| | BMO Harris Bank<br>111 W. Monroe Street<br>Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | CACH/Bank of America c/o<br>John C. Bonewicz PC<br>350 N. Orleans Street Suite 300<br>Chicago, IL 60654 | | 0.00 | NA | NA | 0.00 |
| | CACH/Bank of America<br>P.O Box 982235<br>El Paso, TX 799982235 | | 9,300.00 | NA | NA | 0.00 |
| | Corporate Turnaround<br>Attn: Adam Lang<br>95 Route 17 South Suite 310<br>Paramus, NJ 07652 | | 0.00 | NA | NA | 0.00 |
| | Credit One<br>P.O Box 98873<br>Las Vegas, NV 891938873 | | 345.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | First National Bank of Omaha<br>c/o CKB Law Firm<br>30 N. LaSalle Street Suite 1520<br>Chicago, IL 60602 |  | 0.00 | NA | NA | 0.00 |
|  | First National Bank of Omaha<br>P.O. Box 2557<br>Omaha, NE 681032557 |  | 860.00 | NA | NA | 0.00 |
|  | Pay Pal/Synchrony Bank<br>Attn: Bamkruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 328965060 |  | 155.00 | NA | NA | 0.00 |
|  | Sams Club/Synchrony Bank<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 328965060 |  | 110.00 | NA | NA | 0.00 |
|  | Walmart/Synchrony Bank<br>Attn: Bankrupty Dept.<br>P.O. Box 965060<br>Orlando, FL 328965060 |  | 130.00 | NA | NA | 0.00 |
| 2 | American Express Bank, Fsb | 7100-000 | NA | 2,315.47 | 2,315.47 | 77.19 |
|  | Attorney William Know | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 4 | Bmo Harris Bank, N.A. | 7100-000 | NA | 519,724.17 | 519,724.17 | 17,324.75 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 14,771.11 | 14,771.11 | 492.39 |
|  | Corporate Turnaround | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
|  | Credit One | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 3 | First National Bank Of Omaha | 7100-000 | NA | 2,891.44 | 2,891.44 | 96.38 |
|  | Pay Pal/Synchrony Bank | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 480.35 | 480.35 | 16.01 |
|  | Sam's Club/Synchrony Bank | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
|  | Walmart | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
|  | CACH/Bank of America | 7200-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 543,800.00 | $ 540,182.54 | $ 540,182.54 | $ 18,006.72 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 15-81546 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | JEFFREY CARL EARLY | | | | Date Filed (f) or Converted (c): | 06/10/2015 (f) |
| | JEANETTE MARIE EARLY | | | | 341(a) Meeting Date: | 07/16/2015 |
| For Period Ending: | 08/01/2016 | | | | Claims Bar Date: | 02/12/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. single family residence located at 8022 Old Rive | 140,000.00 | 11,000.00 | | 20,000.00 | FA |
| 2. Condominium Timeshare, Florida | 0.00 | 0.00 | | 0.00 | FA |
| 3. cash | 300.00 | 0.00 | | 0.00 | FA |
| 4. checking Assoicated Bank | 1,200.00 | 0.00 | | 0.00 | FA |
| 5. savings Associated Bank | 115.00 | 0.00 | | 0.00 | FA |
| 6. 2 beds, 2 dressers, 2 loveseats, chair, 4 tvs, v | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. video tapes, dvds and cds with estimated retail | 200.00 | 0.00 | | 0.00 | FA |
| 8. clothing with estimated retail value of $500.00 | 200.00 | 0.00 | | 0.00 | FA |
| 9. jewelry with estimated retail value of $300.00 | 150.00 | 0.00 | | 0.00 | FA |
| 10. exercise equipment with estimated retail value o | 100.00 | 0.00 | | 0.00 | FA |
| 11. cell phones with estimated retail value of $200. | 100.00 | 0.00 | | 0.00 | FA |
| 12. guitar with estimated retail value of $200.00 | 100.00 | 0.00 | | 0.00 | FA |
| 13. Books with estimated retail value of $100.00 | 50.00 | 0.00 | | 0.00 | FA |
| 14. Pekin Insurance (Wife is beneficiary) | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 15. Western Fraternal Life Insurance (husband is bene | 710.00 | 710.00 | | 0.00 | FA |
| 16. Western Fraternal Life (wife is beneficiary) | 0.00 | 0.00 | | 0.00 | FA |
| 17. Retirement/pension through Local 382 Cement Work | 230,000.00 | 0.00 | | 0.00 | FA |
| 18. 401(k) | 6,000.00 | 0.00 | | 0.00 | FA |
| 19. 100% of common shares of Early's Stampcrete, Inc | 0.00 | 0.00 | | 0.00 | FA |
| 20. Possible inheritance from Estate of Leo Burns; D | 0.00 | 3,215.00 | | 5,980.33 | FA |
| 21. 2000 GMC Safari Van dealer retail value $800.00 | 500.00 | 0.00 | | 0.00 | FA |
| 22. 2008 Chrysler PT Cruiser dealer value $8000.00 | 6,500.00 | 0.00 | | 0.00 | FA |
| 23. 3 dogs | 100.00 | 0.00 | | 0.00 | FA |
| 24. hand tools with estimated retail value of $200.0 | 100.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

|  | | | Gross Value of Remaining Assets |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $390,425.00 | $16,925.00 | $25,980.33    $0.00 |
|  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE SETTLED SALE TO DEBTORS THE NET EQUITY IN THEIR HOMESTEAD AND VOLUNTARY RELEASE OF PREFERENTIAL JUDGEMENT LIEN. FUNDS RECEIVED 4/2016. FINAL REPORT TO BE FILED.

RE PROP #    1    --    Imported from original petition Doc# 1
RE PROP #    2    --    Imported from original petition Doc# 1
RE PROP #    3    --    Imported from original petition Doc# 1
RE PROP #    4    --    Imported from original petition Doc# 1
RE PROP #    5    --    Imported from original petition Doc# 1
RE PROP #    6    --    Imported from original petition Doc# 1
RE PROP #    7    --    Imported from original petition Doc# 1
RE PROP #    8    --    Imported from original petition Doc# 1
RE PROP #    9    --    Imported from original petition Doc# 1
RE PROP #    10    --    Imported from original petition Doc# 1
RE PROP #    11    --    Imported from original petition Doc# 1
RE PROP #    12    --    Imported from original petition Doc# 1
RE PROP #    13    --    Imported from original petition Doc# 1
RE PROP #    14    --    Imported from original petition Doc# 1
RE PROP #    15    --    Imported from original petition Doc# 1
RE PROP #    16    --    Imported from original petition Doc# 1
RE PROP #    17    --    Imported from original petition Doc# 1
RE PROP #    18    --    Imported from original petition Doc# 1
RE PROP #    19    --    Imported from original petition Doc# 1
RE PROP #    20    --    Imported from original petition Doc# 1
RE PROP #    21    --    Imported from original petition Doc# 1
RE PROP #    22    --    Imported from original petition Doc# 1
RE PROP #    23    --    Imported from original petition Doc# 1
RE PROP #    24    --    Imported from original petition Doc# 1

Initial Projected Date of Final Report (TFR): 12/31/2016        Current Projected Date of Final Report (TFR): 06/30/2016

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-81546 | Trustee Name: BERNARD J. NATALE |
| Case Name: JEFFREY CARL EARLY | Bank Name: Associated Bank |
| JEANETTE MARIE EARLY | Account Number/CD#: XXXXXX8137 |
| | Checking |
| Taxpayer ID No: XX-XXX2604 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 08/01/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $4,155.33 | | $4,155.33 |
| 04/06/16 | 1 | Jeanette M. Early | Compromise Re: Real Estate | 1110-000 | $20,000.00 | | $24,155.33 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $24,145.33 |
| 05/19/16 | 5001 | BERNARD J. NATALE 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENTER ROCKFORD, IL 61107 | Distribution | | | $6,138.61 | $18,006.72 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($3,169.53) | 2100-000 | | | |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($9.83) | 2200-000 | | | |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($2,936.25) | 3110-000 | | | |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($23.00) | 3120-000 | | | |
| 05/19/16 | 5002 | Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution to claim 1 representing a payment of 3.33 % per court order. | 7100-000 | | $492.39 | $17,514.33 |
| 05/19/16 | 5003 | American Express Bank, Fsb C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution to claim 2 representing a payment of 3.33 % per court order. | 7100-000 | | $77.19 | $17,437.14 |
| 05/19/16 | 5004 | First National Bank Of Omaha Brumbaugh And Quandahl, P.C. 4885 South 118Th Street, Suite 100 Omaha, Ne 68137 | Final distribution to claim 3 representing a payment of 3.33 % per court order. | 7100-000 | | $96.38 | $17,340.76 |

| | | | | Page Subtotals: | $24,155.33 | $6,814.57 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-81546 | Trustee Name: BERNARD J. NATALE |
| Case Name: JEFFREY CARL EARLY | Bank Name: Associated Bank |
| JEANETTE MARIE EARLY | Account Number/CD#: XXXXXX8137 |
| | Checking |
| Taxpayer ID No: XX-XXX2604 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 08/01/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/19/16 | 5005 | Bmo Harris Bank, N.A.<br>C/O Matthew M. Hevrin<br>Hinshaw & Culbertson Llp<br>100 Park Ave.<br>Rockford, Il 61101 | Final distribution to claim 4 representing a payment of 3.33 % per court order. | 7100-000 | | $17,324.75 | $16.01 |
| 05/19/16 | 5006 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Fnbm, Llc<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 5 representing a payment of 3.33 % per court order. | 7100-000 | | $16.01 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $24,155.33 | $24,155.33 |
| Less: Bank Transfers/CD's | $4,155.33 | $0.00 |
| Subtotal | $20,000.00 | $24,155.33 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $24,155.33 |

| | | |
|---|---|---|
| | Page Subtotals: | $0.00　　$17,340.76 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-81546 | Trustee Name: | BERNARD J. NATALE |
| Case Name: | JEFFREY CARL EARLY | Bank Name: | Rabobank, N.A. |
| | JEANETTE MARIE EARLY | Account Number/CD#: | XXXXXX66 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX2604 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 08/01/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/11/15 | 20 | Jeanette Early<br>Midwest Community Bank<br>Freeport, IL 61032 | Inherited IRA of Leo Burns to Jeanette Early | 1129-000 | $5,980.33 | | $5,980.33 |
| 11/18/15 | 101 | Jeanette Marie Early<br>% Attorney Gary Flanders<br>1 Court Place<br>Rockford, IL 61101 | Debtor's Exemption in Inherited IRA | 8100-002 | | $1,785.00 | $4,195.33 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,185.33 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,175.33 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,165.33 |
| 02/24/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Fee | 2600-000 | | $10.00 | $4,155.33 |
| 02/24/16 | | Transfer to Acct # xxxxxx8137 | Transfer of Funds | 9999-000 | | $4,155.33 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,980.33 | $5,980.33 |
| Less: Bank Transfers/CD's | $0.00 | $4,155.33 |
| Subtotal | $5,980.33 | $1,825.00 |
| Less: Payments to Debtors | $0.00 | $1,785.00 |
| Net | $5,980.33 | $40.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Page Subtotals: $5,980.33  $5,980.33

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX66  - Checking Account | $5,980.33 | $40.00 | $0.00 |
| XXXXXX8137 - Checking | $20,000.00 | $24,155.33 | $0.00 |
|  | $25,980.33 | $24,195.33 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $25,980.33 |
| Total Gross Receipts: | $25,980.33 |